IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA CHECA | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-108 |
| DREXEL UNIVERSITY, et al. | : |

## ORDER

**AND NOW**, this 28th day of June 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF Doc. No. 32), Plaintiff's Response (ECF Doc. No. 35), Defendant's Reply (ECF Doc. No. 36) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 32) is **GRANTED** as there are no genuine issues of material fact and judgment in Defendants' favor is warranted as a matter of law.

The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.